UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA PANUCCIO; TASIM MAKASI,

                Plaintiffs,

-against-

WEICHERT WORKFORCE MOBILITY, INC., et al.,

                Defendants.

23-CV-1366 (LTS)

ORDER DENYING
IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Leave to proceed in this Court without prepayment of fees is denied because Plaintiff Maria Panuccio has sufficient assets to pay the fees.[1] *See* 28 U.S.C. § 1915(a)(1). Plaintiffs are directed to pay $402.00 in fees – a $350.00 filing fee and a $52.00 administrative fee – within 30 days of the date of this order. If Plaintiffs fail to comply with this order within the time allowed, the action will be dismissed.

SO ORDERED.

Dated:    April 11, 2023
            New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge

---

[1] On March 2, 2023, the Court directed Plaintiff Tasim Makasi to either pay the filing fees or submit an application to proceed *in forma pauperis*. (ECF 3.) Makasi did not respond to this order.