UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIA PANUCCIO and TASIM MAKASHI,[1]<br><br>Plaintiffs,<br><br>-against-<br><br>WEICHERT WORKFORCE MOBILITY, INC.,<br>GABRIEL FLORES, and JOHANNA FLORES,<br><br>Defendants. | 23-CV-01366 (PMH)<br><br>ORDER OF SERVICE |

PHILIP M. HALPERN, United States District Judge:

Plaintiffs, who are proceeding *pro se*, paid the filing fees to commence this action.

The Clerk of Court is directed to issue summonses as to Defendants Weichert Workforce Mobility, Inc., Gabriel Flores, and Johanna Flores. Plaintiffs are directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses.[2]

If Plaintiffs have not either served Defendants or requested an extension of time to do so within 90 days of the issuances of the summonses, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

---

[1] The spelling of Plaintiff Tasim Makashi's name varies throughout the Complaint. The Court relies on the name included in the caption of the complaint.

[2] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because he had not paid the filing fee. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

The Clerk of Court is also directed to mail an information package to Plaintiffs.

**SO ORDERED.**

Dated:    White Plains, New York
          April 28, 2023

_____

PHILIP M. HALPERN
United States District Judge