UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA PANUCCIO, et al.,

              Plaintiffs,

    - against -

WEICHERT WORKFORCE MOBILITY, INC., et al.,

              Defendants.

**ORDER**

23-CV-01366 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court scheduled a telephonic pre-motion conference on Defendants' anticipated motion to dismiss for December 20, 2023 at 2:30 p.m. (Doc. 26). Counsel for Defendants appeared by telephone. Plaintiffs, proceeding *pro se*, failed to appear. Accordingly, the pre-motion conference shall be rescheduled to January 30, 2024 at 12:00 p.m. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiffs.

**SO ORDERED.**

Dated: White Plains, New York
        December 20, 2023

_____
PHILIP M. HALPERN
United States District Judge