UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA PANUCCIO, et al.,

               Plaintiffs,

- against -

WEICHERT WORKFORCE MOBILITY, INC., et al.,

               Defendants.

**ORDER**

23-CV-01366 (PMH)

PHILIP M. HALPERN, United States District Judge:

The Court scheduled a telephonic pre-motion conference for December 20, 2023 at 2:30 p.m. (Doc. 26). Counsel for Defendants appeared by telephone but Plaintiffs, proceeding *pro se*, failed to appear. The Court rescheduled the pre-motion conference for January 30, 2024 at 12:00 p.m. (Doc. 27). Counsel for Defendants appeared by telephone and Plaintiffs again failed to appear.

Plaintiffs are directed to file, by February 2, 2024, a letter providing their phone numbers and email addresses. Plaintiffs are warned that failure to appear for any future conferences, or failure to provide the Court with current contact information, will result in the dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

                                          **SO ORDERED.**

Dated: White Plains, New York
          January 31, 2024

                                        PHILIP M. HALPERN
                                        United States District Judge