UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Panuccio, et al.,

                               Plaintiffs,

          -against-

Weichert Workforce Mobility, et al,

                               Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:23-cv-1366 VR

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **10/22/2024 at 10:30 am.**

The parties are to dial in to the ATT conference line at 877-336-1839, enter access code **5999739**

and then # to enter the conference.

      **SO ORDERED.**

DATED:     White Plains, New York
                September 30, 2024

_____
VICTORIA REZNIK
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/2024