UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

**Panuccio, et al,**

                        Plaintiffs,   **ORDER RE STATUS CONFERENCE**

      -against-

**Weichert Workforce Mobility et al.,**         7:23-cv-1366  VR

                        Defendant.

----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

    A Status Conference (via telephone) is hereby scheduled for **January 15, 2025 at 11:00 am.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.

    **SO ORDERED.**

DATED:    White Plains, New York
               January 6, 2025

_____
VICTORIA REZNIK
United States Magistrate Judge